**Order filed, June 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00170-CR

_____

## CORNELIUS JACKSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-CCR-163243**

## ORDER

The reporter's record in this case was due **April 09, 2013**. *See* Tex. R. App. P. 35.1. On **April 11, 2013**, this court granted the court reporters request for extension of time to file the record until **May 09, 2013.** On **May 14, 2013**, this court granted the court reporter's second request for extension of time to file the record until **June 10, 2013 with no further extensions absent exceptional circumstances**.

The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly D. Kelly**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order **with no further extensions**.

PER CURIAM